**LAW OFFICES OF IAN WALLACE, PLLC**
347 FIFTH AVENUE, SUITE 1402-497
NEW YORK, NEW YORK 10016

Fax: (646) 349-5308

Tel: (212) 661-5306
Email: ifw@wallacelaw-ny.com

January 23, 2025

**VIA ECF**

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1106
New York, NY 10007

> Application **GRANTED**. Plaintiff shall file his Amended Complaint by **February 13, 2025**, and file proof of service of the Amended Complaint on Defendants by **February 25, 2025**. The initial pretrial conference scheduled for February 12, 2025, is **ADJOURNED** to **March 19, 2025, at 4:10 P.M**. The parties shall file their pre-conference materials by **March 12, 2025**. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 13.
>
> Dated: January 27, 2025
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:     *Adamson v. Emigrant Savings Bank, et al.*
        Civil Action No.: 24 – CV – 6524 (LGS)

Hon. Lorna G. Schofield:

I represent the Plaintiff in the referenced action and today filed a notice of appearance on his behalf. [DN 12].

I intend to file an amended complaint and respectfully request a one-month extension of the current deadline by which to file proof of service upon Defendants, hence until **February 25, 2025**.

Should the Court grant this application, I request an adjournment of the initial pre-trial conference scheduled for February 12, 2025 [DN 9], to a date the court deems fit. No other deadlines or scheduling will be affected.

This is my first request for an extension of time to file proof of service, although Plaintiff previously sought an extension of this deadline *pro se,* which was denied. [DN 11].

Respectfully submitted,

Ian F. Wallace

1