**LAW OFFICES OF IAN WALLACE, PLLC**
347 FIFTH AVENUE, SUITE 1402-497
NEW YORK, NEW YORK 10016

Fax: (646) 349-5308

Tel: (212) 661-5306
Email: ifw@wallacelaw-ny.com

> Application **GRANTED**. The initial pretrial conference scheduled for March 12, 2025, is **ADJOURNED** to **April 1, 2025, at 3:15 P.M**. The conference will be in person at the United States Courthouse, Southern District of New York, 40 Foley Square, New York, NY, 10007 at Room 1106. If lead counsel for any party is located outside of New York City or would experience a hardship from an in-person appearance and would prefer to appear remotely, they should notify the Court immediately by filing a letter on the docket so that arrangements can be made.
>
> If Defendant has appeared, the parties shall file their pre-conference materials by **March 26, 2025**. If Defendant has not appeared, Plaintiff shall file a status letter by **March 26, 2025**, (1) requesting further adjournment of the initial conference for up to 30 days and (2) proposing a date prior to the conference to file a proposed Order to Show Cause for default judgment and related papers pursuant to the Court's local rules.
>
> The Clerk of Court is respectfully directed to close the motion at Dkt. No. 20.
>
> Dated: March 11, 2025
> New York, New York
>
> *[signature]*
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

March 10, 2025

<u>**VIA ECF**</u>
Hon. Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1106
New York, NY 10007

    Re:    *Adamson v. Emigrant Savings Bank, et al.*
             <u>**Civil Action No.: 24 – CV – 6524 (LGS)**</u>

Hon. Lorna G. Schofield:

    I represent the Plaintiff in the referenced action.

    I respectfully request that this Court extend the date by which the parties are to file their pre-conference materials, which is currently March 12, 2025 [*see* DN 14]. I also request an adjournment of the initial pre-trial conference, currently scheduled for March 19, 2025 [*Id*].

    Motivating this request is the fact that the Defendant Emigrant Savings Bank ("ESB") was served with the summons and complaint on February 25, 2025, and therefore are required to answer by March 17, 2025 [*see* DN 19].[1] Furthermore, counsel for ESB has yet to appear in this action.

                                                  Respectfully submitted,

                                                  Ian F. Wallace

---

[1] The notice generated by the ECF system incorrectly indicates that Defendant was served on February 25, 2024, which is obviously in error.

1