UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                          :

GEOFFREY ADAMSON,            :

                     Plaintiff,   :          24 Civ. 6524 (LGS)

                                            :

          -against-                 :          <u>ORDER</u>

                                            :

EMIGRANT SAVINGS BANK,      :

                     Defendant. :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the parties filed a letter on December 3, 2025, regarding the status of discovery and identifying several discovery disputes.  It is hereby

       **ORDERED** that, with respect to ESI, by **December 9, 2025**, Plaintiff shall propose narrowed search terms in place of [Emigrant* /20 Direct]; ["Kathleen*" AND/OR"Kath*" AND/OR "Cath*"6]; [separate*]; [termin*] and [regulator*].  By **December 11, 2025**, Defendant shall provide Plaintiff with the number of documents, including family members, returned for each search term remaining in dispute, and, if necessary, a counterproposal for any search terms that Defendant continues to dispute.  If the parties cannot agree on revised search terms, they shall inform the Court of the remaining areas of disagreement by **December 12, 2025**.  It is further

       **ORDERED** that, with respect to Plaintiff's outstanding requests for documents:

- **Plaintiff's Requests for Production Nos. 18 and 19**: Defendant shall provide documents responsive to these requests.  Because the Complaint alleges that Mr. Carlson and Ms. Saperstein were involved in Plaintiff's dismissal, Plaintiff is entitled to information in Defendant's possession, custody and control regarding their roles and responsibilities.

- **Plaintiff's Requests for Production Nos. 20 and 21:** To the extent the parties are unable to resolve the disputes with respect to these requests, they shall so inform the Court by **December 12, 2025**.

- **Plaintiff's Request for Production No. 44:** Discovery is denied as to this request. The alleged conduct at issue predates Plaintiff's employment by decades and requiring Defendant to produce documents relating to that alleged conduct would be disproportionate to the needs of the case.

**ORDERED** that, for all remaining discovery disputes, the parties shall continue to meet and confer to resolve objections. For any disputes that the parties believe in good faith require court intervention, the parties shall file a joint letter by **December 12, 2025**, identifying further areas of disagreement, which the Court will resolve based on the letter.

**ORDERED** that, by **December 19, 2025,** all ESI production shall be completed. It is further

**ORDERED** that, by **December 23, 2025**, the parties shall file a joint status letter indicating that ESI production has been completed and, if necessary, raising any remaining discovery disputes with respect to document production.

**ORDERED** that the depositions in this matter shall occur on or before the below dates, which may be modified only with leave of court:

- **Geoffrey Adamson:** January 7, 2026

- **Eve West:** January 8, 2026

- **Brian Carlson:** January 9, 2026

- **Jimmy Yau:** January 14, 2026

- **Melissa McMaster:** January 14, 2026

- **Elina Saperstein:** January 16, 2026

2

- **Third-party Witnesses**: January 21, 2026.  The parties shall issue deposition subpoenas to third-party witnesses as soon as practicable such that the depositions may occur on or before this date.  It is further

ORDERED that the deadline to complete fact discovery is extended to **January 21, 2026**.  By **February 4, 2026**, or as soon as the parties wish to request a settlement referral, whichever is earlier, the parties shall file a status letter indicating whether the parties request a referral to settlement or mediation.  The deadline to complete expert discovery is extended to **March 9, 2026.**  The conference scheduled for February 24, 2026 is **ADJOURNED** to **March 24, 2026 at 3:15 P.M.**  The conference will be in person at the United States Courthouse, Southern District of New York, 40 Foley Square, New York, NY, 10007 at Room 1106.  An amended case management plan will issue separately.  The parties are directed to the requirement to file a pre-motion letter relating to an anticipated motion for summary judgment two weeks in advance of that conference.

Dated:  December 5, 2025
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

3