UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GEOFFREY ADAMSON                               :

                                               :              ORDER
                    Plaintiff,
                                               :

     -v.-                                      :              24 Civ. 6524 (LGS) (GWG)

                                               :

EMMIGRANT SAVINGS BANK et al.,                 :

                                               :
                    Defendants.
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

        The parties should confer again if appropriate and provide a new joint letter by December 23, 2025, that lists each outstanding discovery dispute and the parties' positions as to that dispute.  The parties should keep in mind that the undersigned is not familiar with the history of any existing disputes and if more background information will be helpful, it should be included in the joint letter.  To the extent, the parties are seeking an extension of any discovery deadlines, that should be included in the new letter.

        SO ORDERED.

Dated: December 17, 2025
       New York, New York


                                                    _____
                                                    GABRIEL W. GORENSTEIN
                                                    United States Magistrate Judge

1