UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GEOFFREY ADAMSON                                    :

                                                    :           ORDER
                  Plaintiff,
                                                    :
     -v.-                                                       24 Civ. 6524 (LGS) (GWG)
                                                    :

EMMIGRANT SAVINGS BANK et al.,                      :

                                                    :
                  Defendants.
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

        Per Docket # 51, the deadline to complete expert discovery expired today.   The parties
are reminded that they have a post-discovery conference before Judge Schofield on March 24,
2026 at 3:15 P.M.

        The parties are directed to each file a jointly-composed letter on or before March 17,
2026, addressed to the undersigned that states (1) whether either party intends to file a summary
judgment motion; and (2) if so, each party's views on whether a settlement conference or
mediation should be held before or after the filing of the summary judgment motion.

        SO ORDERED.

Dated:  March 9, 2026
        New York, New York


                                                    _____
                                                    GABRIEL W. GORENSTEIN
                                                    United States Magistrate Judge